No. 94–1941. UNITED STATES *v.* VIRGINIA ET AL.; and

No. 94–2107. VIRGINIA ET AL. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante*, p. 910.] Motions of Women's Schools Together, Inc., et al. and South Carolina Institute of Leadership for Women for leave to file briefs as *amici curiae* granted. JUSTICE THOMAS took no part in the consideration or decision of these motions.

No. 94–2003. LOTUS DEVELOPMENT CORP. *v.* BORLAND INTERNATIONAL, INC. C. A. 1st Cir. [Certiorari granted, 515 U. S. 1191.] Motions of Howard C. Anawalt and Software Protection Committee of Minnesota Intellectual Property Law Association for leave to file briefs as *amici curiae* granted. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 95–83. MEGHRIG ET AL. *v.* KFC WESTERN, INC. C. A. 9th Cir. [Certiorari granted, 515 U. S. 1192.] Motions of Bi-State Development Agency of Missouri-Illinois Metropolitan District and Massachusetts et al. for leave to file briefs as *amici curiae* granted.

No. 95–157. UNITED STATES *v.* ARMSTRONG ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 942.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 95–323. UNITED STATES *v.* NOLAND, TRUSTEE FOR DEBTOR FIRST TRUCK LINES, INC. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1005.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 95–325. UNITED STATES *v.* REORGANIZED CF&I FABRICATORS OF UTAH, INC., ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1005.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 95–354. O'CONNOR *v.* CONSOLIDATED COIN CATERERS CORP. C. A. 4th Cir. [Certiorari granted, *ante*, p. 973.] Motion of petitioner to dispense with printing the joint appendix granted.